**DONALD H. HELLER, SBN 55717**
**DONALD H. HELLER,**
**A Law Corporation**
**3638 American River Drive**
**Suite 100**
**Sacramento, CA  95864**
**Telephone:** (916) 974-3500
**Facsimile:** (916) 974-1001

**Attorneys for Defendant**
**RICHARD UBRY**

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 05-0439 MCE |
| Plaintiff(s), | |
| vs. | **STIPULATION AND ORDER CONTINUING CHANGE OF PLEA** |
| RICHARD UBRY, | |
| Defendant(s). | |

Defendant, Richard Ubry and the Government request that the Change of Plea on the above Information scheduled for December 13, 2005, be continued to January 3, 2006, at 8:30 a.m. due to Mr. Ubry's illness which has prevented Mr. Ubry from meeting with his counsel, Donald H. Heller, to review and discuss the proposed plea agreement prepared by Assistant U.S. Attorney Robin Taylor.  Mr. Ubry has not been arraigned and accordingly, there are no Speed Trial Act issues.  It is contemplated by the parties that a guilty plea will be entered on January 3, 2006.

///

1

1  SO STIPULATED.

2

3  Dated: December 8, 2005                                    DONALD H. HELLER,
                                                              A Law Corporation
4

5
                                                              /S/ DONALD H. HELLER
6                                                             Attorney for Defendant
                                                              JOSE J. RAMIREZ
7

8
   Dated: December 8, 2005                                    /S/ ROBIN TAYLOR
9                                                             Assistant U.S. Attorney
                                                              Attorney for the
10                                                            UNITED STATES OF AMERICA

11

12

13

14       The Court having read and reviewed the Stipulation finds good cause to continue the

15  date for Change of Plea from December 13, 2005, to January 3, 2006, at 8:30 a.m.

16

17

18  DATED:  December 12, 2005

19                                                            _____
20                                                            MORRISON C. ENGLAND, JR
                                                              UNITED STATES DISTRICT JUDGE
21