**DONALD H. HELLER, SBN 55717**
**DONALD H. HELLER,**
**A Law Corporation**
**655 University Avenue, Suite 215**
**Suite 215**
**Sacramento, CA  95825**
**Telephone:   (916) 974-3500**
**Facsimile:    (916) 927-2009**

**Attorneys for Defendant**
**RICHARD UBRY**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff(s),<br><br>vs.<br><br><br>RICHARD UBRY<br><br>    Defendant(s). | Case No: 05-cr-0439<br><br><br><br>**EXPARTE APPLICATION AND ORDER TO CONTINUE SURRENDER DATE FROM MAY 11, 2006 TO MAY 25, 2006** |

Donald H. Heller, Declares the following under the penalty of perjury:

1. I am the attorney for the Defendant Richard Ubry in the above matter.  Defendant Richard Ubry, is scheduled to surrender on May 11, 2006, before 2:00 p.m. at the institution designated by the Bureau of Prisons or to the U.S. Marshal at the Sacramento Courthouse.

2 Defendant  Ubry, was sentenced on April 11, 2006, by this Court and the Judgment was not filed until May 1, 2006.

3. On or about May 2, or 3, 2006, I received a telephone call Terry at the Marshal's service, 930-2062, and exchanged voice mail messages with her.  When I spoke with Terry

either on May 3, or 4, 2006, I was advised that the Marshal's service had received the May 1, 2006 Judgment and had no record of Mr. Ubry in the system since unfortunately, Mr. Ubry did not stop at the Marshal's office after sentencing on April 9, 2006, for processing and that was not discovered until the Judgment was filed.

4. Mr. Ubry resides in Peeples Valley, Arizona, which is near Prescott, Arizona and needs to be fingerprinted and processed before he can be designated to a particular institution. Terry at the Marshal's Service made arrangements for Mr. Ubry to be processed at the Marshal Service office in Prescott, Arizona which is scheduled for Tuesday, May 9, 2006.

5. I have been advised by the Marshal's Service that it might take several days to accomplish the prison designation and accordingly, it is respectfully requested that this Court issue an order changing the surrender date to May 25, 2006, before 2 p.m. at the institution designated by the Bureau of Prisons or to the U.S. Marshal at the Sacramento Courthouse.

6. Since this application and order has been prepared on Sunday, May 7, 2006, I have not been able to contact Assistant U.S. Attorney Ellen V. Endrizzi, Esq., to advise her of this application and hopefully obtain her consent. I will serve Ms. Endrizzi by e-mail with this application.

7. Accordingly, it is respectfully requested that the Court issue the Order below continuing the Surrender date to May 25, 2006, before 2 p.m.

Dated: May 7, 2006          DONALD H. HELLER,
                            A Law Corporation


                            /S/ DONALD H. HELLER
                            Attorney for Defendant
                            Richard Ubry

1 | The Court having read and reviewed the Application above and finds good cause to continue the surrender date from May 11, 2006, before 2:00 p.m. at the institution designated by the Bureau of Prisons or to the U.S. Marshal at the Sacramento Courthouse to May 25, 2006, before 2 p.m. at the institution designated by the Bureau of Prisons or to the U.S. Marshal at the Sacramento Courthouse.

DATED: May 9, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Y:\Active Cases\Ubry\Exparte Application and order to continue surrender date.doc